UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER S. BARON,<br><br>      Plaintiff,<br><br>      v.<br><br>JERSEY CITY INCINERATOR AUTHORTY, et. al.,<br><br>      Defendants. | Civ. No.  06-5047 (DRD)<br><br>**O R D E R** |

This matter, having come before the Court on Plaintiff, Peter S. Baron's motion to enforce settlement and to correct an alleged mathematical miscalculation regarding a term in Paragraph 2.2 of the Settlement Agreement and Release ("Agreement"); and the Court having considered the submissions and oral arguments of the parties; and for the reasons set forth in the opinion of even date,

IT IS on this 7th day of December, 2009, hereby ORDERED that

(1) Baron's motion to enforce settlement and correct an alleged mathematical miscalculation is DENIED;

(2) The Agreement executed by the parties in June 2009 shall represent the final settlement agreement in this matter.

                                                                  **s/ Dickinson R. Debevsoise**
                                                                  Dickinson R. Debevoise, U.S.S.D.J.